FILED
MAR 24 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:21CR213 SRC/DDN |
| ) | |
| v. ) | No. |
| ) | |
| ARCHIE M. RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 18, 2021, within the Eastern District of Missouri,

**ARCHIE M. RICHARDSON**

the defendant herein, not being a licensee or a permittee under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly transport and cause to be transported explosive materials.

In violation of Title 18, Sections 842(a)(3)(A) and 844(a).

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a) set forth in Count 1 of this Indictment, the defendant, Archie M. RICHARDSON shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 844(c) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c),

any property, real or personal, constituting or derived from any proceeds traceable to said violation, and any explosive materials involved or used or intended to be used in the commission of said violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense, and any explosive materials involved or used or intended to be used in the commission of such offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 844(c) and 981(a)(1)(C), and 28 U.S.C. §2461(c).

A TRUE BILL.


_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
Lisa M. Yemm, #64601MO
Assistant United States Attorney

2