IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-CR-213  SRC/DDN ) |
| ARCHIE RICHARDSON | ) ) ) |
| Defendant. | ) |

### MOTION TO FILE UNDER SEAL

Archie Richardson, through undersigned counsel, respectfully moves for leave to file *Defendant's Motion to Reopen Detention Hearing & for Pretrial Release* [Doc.#25] under seal. In support, Mr. Richardson states that the motion and attached exhibits contain personal identifying information, mental health information, and details about the law enforcement's investigation that are not appropriate for public dissemination. To protect public access, the defense will file a redacted version of the motion and its exhibits.

WHEREFORE Mr. Richardson respectfully moves for leave to file Document #25 under seal.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS, #60027MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, the foregoing was filed electronically with the Clerk of the Court and served by e-mail upon Lisa Yemm, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS, #60027MO
Assistant Federal Public Defender