- Thompson vs. South 154 SE 579

"The Right of the citizen to travel upon the public highways and transport his property thereon, Either by carriage or by automobile, is NOT a mere privilege which a city may prohibit or permit at will, but a common Right which he has under the Right to Life, Liberty. And the pursuit of Happiness.

---

Edmonds vs Indianapolis

26 Fox Industrial Jr
Madison IC

1- Enter your presence <u>FROM THE GALLERY</u>. <u>DO NOT CROSS THE BAR</u>

You state "I'm here in propria persona making a special appearance as <u>GRANTOR</u> and <u>BENIFICIARY</u> of the Estate being administered in this CASE relating to the <u>NAMED DEFENDANT</u>."

<u>DO NOT</u> SAY YOUR NAME.

Continuing — "I am not here in a representitive capacity.

This is a court of Record correct? <u>YES</u>." (Lead with the answer)

"Ok then, for the Record, <u>I Reserve All Rights at all times, and waive none ever.</u>"

Judge Responds with

"If your not "J.Q. Defendant" we will issue a warrant and proceed accordingly."

Pg. 1

STATUS, STANDING, AND AGENCY

YOUR RESPONSE:

"Judge, I'm here to help Administer this matter for the benefit of the court. If the prosecutor has verified claim against me, the man who is Beneficiary to the Estate of the defendant, let me see it and I will tell you if I am the named party or not. Mr. Prosecutor, Please Present me with the verified claim."

Courts Response - Possibility #1

Judge says "Get in here, sit down at the defendants table and lets deal with this matter.

YOUR RESPONSE should BE

"Judge, if I cross the BAR, am I entering into contract with the court? YES or NO?"

※ Judge continues to badger and threaten you ※

YOUR RESPONSE should BE:
"Judge, with all due respect, I have no intention to board your ship. I operate under the laws of the Republic and hereby INVOKE "The laws of the Republic" to manage
(Article 4, Section 4. U.S. Constitution.)
my affairs in my court. My court is hereby set under the laws of the Republic. I can operate just fine from here, thank you Judge. and I am here to help you administer this case expiditiously so lets get on with it!"

Page 2

STATUS        STANDING        AGENCY

Judge continues to threaten you with violence and imprisonment. "Contempt"

Your Response should be:

"Judge, if you continue to threaten me with violence and imprisonment used against me, it is only under Duress that i would comply. Not willingly or voluntarily. And no contracts are to be assumed or presumed by my presence. So Judge, for the record, are we clear on that?" "Yes?" Lead with the answer
"My laws- the laws of the Republic- Follow me wherever I go with my Reservation of Rights Intact at all times!"

OK, Let the Record Reflect The Judge has Accepted my terms And we will proceed on that Basis. Thank you Judge.

★Immidiately Continue★

OK Judge, before you proceed there are some administrative matters to attend to with the prosecutor ~~so I appel to AD~~ That will help Expidite this matter for the Court. I need to address the Prosecutor for a moment. So if I may.

★Move to "Addressing the Prosecutor" Track #1 (page 4)

Pg. 3

STATUS    ~~STATUS~~ STANDING    AGENCY

# ADDRESSING THE PROSECUTOR
## TRACK #1

You— "MR. PROSECUTOR, do you have a claim against me, the living man who is Benificiary of this estate? If so please present it now so that I may examine it."

"Where is your verified claim?" "Please show me."

Possible Response #1 Prosecutor— "Well, we have a complaint against J.Q. Defendant, <u>which I presume is you.</u>"
(TRYING TO TRICK YOU)

Your Response should be

you— "NO. I just stated clearly for the Record who I Am."

"I AM <u>NOT</u> the agent, trustee, NOR the named Defendant or Surety against which you seek to settle your Matter."

"I am the Benificiary. Let me repeat my question. Do you MR. PROSECUTOR have a claim against me, The Grantor and Benificiary of this Estate?" "Yes or NO?"

— Prosecutor upset or confused could react with numerous possibilities ~~no matter what his reaction~~.

Possible Response #2 "Well we have charges brought by the state against J.Q. Defendant for violation of state $ statutes ✱ some f'ed statute✱

page 4

STATUS    STANDING    ASSENSY

ADDRESSING the PROSECUTOR TRACK #1 (continued)

YOUR RESPONSE should BE — "AGAINST WHOM?" "NOT ME."

"AGAIN for the RECORD, YOU have NO CLAIM AGAINST me, the BENIFICIARY of the NAMED ESTATE living UPON the LAND in the Republic. I believe you WANT me to STAND IN for the DEFENDANT AS the TRUSTEE AND debtoR, which is A MISTAKE, which I need to CORRECT for the RECORD. The RECORD STANDS CORRECTED Because that is **NOT** MY CAPACITY, AND IF YOU CLAIM SO, YOU need to establish documentary evidence AND ENTER IT INTO the RECORD NOW." "DO YOU HAVE IT?"

PROSECUTOR TRIES TO DISTRACT/OBJECT. HE SAYS "Judge, THIS IS ALL IRRELEVANT. WE NEED TO PROCEED."

✱ AT This POINT **DO NOT** let them TALK OVER YOU OR BULLY OR RAILROAD YOU.

USE FIRM VOICE AND SAY "AGAIN, I ASK, WHO IN this COURT WHO CAN HEAR MY VOICE, HAS A CLAIM AGAINST ME?"

"PLEASE COME FORWARD with your CLAIM." "WHO CAN PRESENT A CONTRACT to which I AM being held LIABLE AS the MAN UPON the LAND IN MY VENUE WHICH IS the <u>LAW OF the Republic?</u>" "ANY BODY?"

"DOES ANYONE HERE HAVE A CONTRACT to PRESENT?"

✱ TO the PROSECUTOR ✱ "MR. PROSECUTOR, YOU WANT me to believe THERE IS A CLAIM AGAINST ME YET YOU HAVE SHOWN NOTHING to me OR the COURT to SUPPORT YOUR POSITION." Then you PROCEED "OR Judge, <u>Let the Record Reflect</u>, That MR. PROSECUTOR HAS NOT PRESENTED to the COURT OR TO ME ANY document that SUPPORTS A VERIFIED CLAIM AGAINST ME."

✱ "Judge, I move this COURT for dismissal ON grounds the the PROSECUTOR HAS failed to Establish ANY CLAIM UPON which Relief CAN be GRANTED."

STATUS          STANDING          AGENCY          Page 5

ADDRESSING the PROSECUTOR    TRACK #2

TO the PROSECUTOR— "MR. PROSECUTOR, ARE YOU A witness in this CASE PREPARED to testify UNDER OATH with first hand knowledge and Information Related to the Alleged Charges in this matter?"

*Listen CAREFULLY to his Response* When he SAYS "NO, I'm REPRESENTING the City/County/State."

You lead him with your Next Question— "OH, I see. So YOU then ARE A State licensed ATTORNEY AT LAW REPRESENTING the Plaintiff, Correct?" And He says "YES." LOL

*Hold on. This is going to get FUN. LOL*

YOUR RESPONSE IS—

"Alright then MR. PROSECUTOR, I need you to ENTER into the Record of this PROCEEDING YOUR License to PRACTICE LAW, ISSUED BY THE STATE, NOT A private BAR CARD but AN ACTUAL License issued by the STATE, to ESTABLISH YOU HAVE PROPPER STANDING AS AN AGENT FOR the Plaintiff to EVEN talk to ME About this MATTER. And not just ME, Also to talk to the Court." "CAN YOU PRODUCE A STATE License?" "YES OR NO?" "Please do that NOW!"

*YOU have Just lead him into A TRAP BECAUSE he has No such license.* NO such licenses EXIST. You have Just PROVEN for the Record that he is A LIAR.

IF he OFFERS BAR CARD YOUR RESPONSE will be "NO!" "I didnt ask you for your BAR CARD. I ASKED you for YOUR STATE ISSUED LICE You SAID you were A STATE LICENSED ATTORNEY" "You just said that for the Re "SO I WANT to SEE YOUR STATE ISSUED LICENSE!" "Please ENTER that for the Record of these PROCEEDINGS."

Continue at time stamp 45:14

STATUS          STANDING          AGENCY          PAGE 6

BYRNES MILL
COURT ADMINISTRATOR
Elise GANNON
Phone # 636-677-7727 ext. 223
EMAIL: eliseg@byrnesmill.org

Case # 180073198
Discovery filed Tuesday, Novem[ber]

Judge: Colby R. Smith-Hynes

---

Required Changes to All Municipal courts throughout the state
https://www.byrnesmill.org/documentcenter/view/1122

- Claimant accepts oaths sworn by all interested parties to uphold laws of U.S. con to ? Con 1876
- 18 U.S. code 3771 protection
- Title 5, US code § 556(d), § 557, § 706: courts lose jurisdiction for failure to follow due process laws
- Supremacy Clause appears in Article 6 (VI) of the U.S. Constitution. It establishes the Constitution, Federal statutes, and U.S. treaties as the "Supreme Law of the Land". State judges are required to uphold it, even if state laws or state constitutions conflict with it.
- Title 42 § 12202 A state shall not be immune
- Title 15 § 1122 No immunity to state actors
- Title 42 § 1983, 1985, & 1986 which he had knowledge of were about to occur and power to prevent, A deprivation of Rights Constitutional Rights. Public servants have no immunity from Claimant in a claim for damages or for jail time in either your private or public servant capacity
- Title 5 § 3331, You have sworn ~~An Oath~~ not to violate the Constitution of the U.S. Unless public servant can provide Claimant with the witness against him, which as a public servant you cannot do.

5.) Title 5 §7311. An individual who violates this provision may not accept or hold a position in the Government of The United States or the government of The District of Columbia. This encompasses all of the United States and its subdivisions including local courts.

6.) 28 US. Code 453. You must obey the Constitution. By the 7th Amendment, Rights are protected with the right to a common law Jury Trial. You Judge, Allowed a party with NO Standing, (the Prosecutor) a verified claim, and NO Grand Jury Indictment. to attempt to claim damages. This is an IMMIdiate violation of Due Process.

Therefore, any government or government official who acts in violation of, in opposition of or contradiction of is ~~guilty of TREASON~~! by his or her own Action is guilty of TREASON! And includes the self executing Section 3 of the 14th Amendment to vacate their office.

Judge Colby R. Smith-Haynes, you are now put on Official NOTICE, you have 10 days from the date of being served to comply with Section 3 of the 14th Amendment of the United States Constitution or your Bond will be pulled.

1. a verified claim / INTERNATIONAL CONTRACT
2. list of witnesses and statements
3. ~~any video or audio that may be used against me~~
4. all reports ~~issued~~ by the issuing officer
5. The contract between the plantif and the proscocutor that gives the prosecutor the power of attorny
6. ANY medical RECORDS FROM Jailers
7. ANY other evidence prosecution will Be presenting in court
8. Copy of the citation
9. Name, address, and phone number of the Bonding agency who is providing the payment and proformance bonds of this action in perticular to the prosecutor

N/A