FILED

FEB 1 5 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1 4:21 CR 213 SRC |
| ) | |
| ARCHIE M. RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

**SUPERSEDING INFORMATION**

**COUNT I**

The United States Attorney charges that:

On or about March 18, 2021, within the Eastern District of Missouri,

**ARCHIE M. RICHARDSON**

Stored explosive materials, to wit, flash powder, in a manner not in conformity with the regulations promulgated by the Attorney General:

In violation of Title 18, Sections 842(j), 841(d), and 75 Fed. Reg. 70,291, 27 C.F.R. Section 555.201 et seq.; and punishable by Title 18 Section 844(b).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1.      Upon conviction of the offense in violation of Title 18, United States Code, Sections Sections 842(j), 841(d), 75 Fed. Reg. 70,291, 27 C.F.R. Section 555.201 et seq.; set forth in Count 1 of this Superseding Information, the defendant, Archie M. RICHARDSON shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 844(c) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or

personal, constituting or derived from any proceeds traceable to said violation, and any explosive materials involved or used or intended to be used in the commission of said violation.

    2.    Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense, and any explosive materials involved or used or intended to be used in the commission of such offense.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 844(c) and 981(a)(1)(C), and 28 U.S.C. §2461(c).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*Lisa M. Yemm* (signature)
Lisa M. Yemm, #64601MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Lisa M. Yemm, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*Lisa M. Yemm*
Lisa M. Yemm, #64601MO
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me this 15th day of February 2022.

*Gregory J. Linhares*
CLERK, U.S. DISTRICT COURT

By: *Carol B. Long*
DEPUTY CLERK